IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LESLIE EPPS and WILLIAM EPPS,  PLAINTIFFS
individually and on behalf of
all others similarly situated

VS.                    NO. 4:15-cv-00138-JLH

WAL-MART STORES, INC.  DEFENDANT

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Now before the Court are the motions of the plaintiffs, Leslie Epps and William Epps, to withdraw their motion for class certification, and to dismiss this matter without prejudice, with the parties to bear their own costs and fees. The Court, being well and sufficiently advised, finds that the motion for class certification should be considered withdrawn, and that the motion to dismiss should be, and is hereby GRANTED.

ORDERED this _____ day of November, 2015.

_____
THE HONORABLE J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

PREPARED BY:

Hank Bates (ABN 98063)
Allen Carney (ABN 94122)
**CARNEY BATES & PULLIAM, PLLC**
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
Tel: (501) 312-8500
Fax: (501) 312-8505